**FARHANG & MEDCOFF**
100 S. Church Avenue
Tucson, Arizona 85701
Roscoe J. Mutz (#030696)
rmutz@farhangmedcoff.com
*Additional counsel on signature page*

*Attorneys for Plaintiff BioSpyder Technologies, Inc. and Counterclaim-Defendants BioSpyder Technologies, Inc., Bruce Seligmann, Mitseljung Discovery and Diagnostics, LLC, and CellSensus, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## TUCSON DIVISION

| | |
|---|---|
| BioSpyder Technologies, Inc., a Delaware corporation, <br><br> Plaintiff, <br> v. <br><br> HTG Molecular Diagnostics, Inc., a Delaware corporation, <br><br> Defendant and Counterclaim-plaintiff, <br> v. <br><br> BioSpyder Technologies, Inc., a Delaware corporation; Bruce Seligmann, an individual; Mitseljung Discovery and Diagnostics, LLC, an Arizona corporation; and CellSensuss, Inc., a Delaware corporation, <br><br> Counterclaim-defendants. | Civil Action No. CV-21-34-TUC-RCC <br><br> **BIOSPYDER TECHNOLOGIES, INC.'S RESPONSE TO STATEMENT OF FACTS IN SUPPORT OF HTG'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT AND STATEMENT OF FACTS IN SUPPORT OF BIOSPYDER'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE '564 PATENT** <br><br> **UNDER SEAL** |

Pursuant to Federal Rule of Civil Procedure 56 and LRCiv 56.1(a)-(b), Plaintiff and Counterclaim-defendant BioSpyder Technologies, Inc. ("BioSpyder") hereby submits the following consolidated (1) Controverting Statement of Facts in response to Defendant and Counterclaim-plaintiff HTG Molecular Diagnostics, Inc.'s ("HTG") Statement of Facts in support of its Motion for Partial Summary Judgment of Infringement (Doc. No. 86) and (2) Statement of Facts in support of BioSpyder's Cross Motion for Summary Judgment of Noninfringement of U.S. Patent No. 8,741,564 ("BioSpyder's Opposition and Cross Motion") (filed concurrently herewith) (collectively, "RSOF").  All references to exhibits indicated with letters are references to the exhibits attached to the concurrently filed Declaration of Jacob Zweig in Support of BioSpyder's Opposition to HTG's Motion for Summary Judgment and Cross Motion for Summary Judgment.  This RSOF also references exhibits (numbered) to the Declaration of Kristi A. Lopakka in Support of Defendant HTG Molecular Diagnostics, Inc.'s Motion for Summary Judgment ("HTG's Lopakka Declaration," Doc. No. 84), and the concurrently filed Declaration of Dr. John Quackenbush in support of BioSpyder's Opposition and Cross Motion ("Quackenbush Decl.").

**I.   Controverting Statement of Facts in Response to HTG's Statement of Facts in Support of Motion for Partial Summary Judgment of Infringement**

   A.   <u>Response to HTG's Statement of Facts</u>

For the Court's convenience, the following section reproduces the facts listed in HTG's Statement of Facts and provides BioSpyder's responses below each one.  *See* LRCiv 56.1(b).

   1.   "BioSpyder employees have performed the TempO-Seq method in the United States, and reported their results in scientific publications, such as those reported in Exhibit 2 [to HTG's Lopakka Declaration, Doc. No. 84]."

   **BioSpyder's Response:** Undisputed.

   2.   "BioSpyder offers 'TempO-Seq®Services' and has used the TempO-Seq Assay on customer samples sent to BioSpyder at its facility in the United States. (*See* Exs. 5, 10, 11 [to HTG's Lopakka Declaration, Doc. No. 84].)"

**BioSpyder's Response:** Undisputed.

3. "BioSpyder asserts that 'We offer "off the shelf" whole transcriptome and surrogate (S1500+) panels for human, mouse and rat. However, we can build **fully custom panels** for **any gene or isoform** of interest, from **any species** of interest. [¶] . . . TempO-Seq RNA analysis can be carried out with commercially available kits in your laboratory or as a service by BioSpyder.' (Ex. 5 [to HTG's Lopakka Declaration, Doc. No. 84] (emphasis in original); *see also* Ex. 11 [to HTG's Lopakka Declaration, Doc. No. 84] (describing products BioSpyder offers to its customers.)"

**BioSpyder's Response:** Partially disputed. The quotation is not from Exhibit 5 to HTG's Lopakka Declaration. *See* Doc. No. 84-6 (Lopakka Declaration, Ex. 5). Rather, this assertion is made in Exhibit 11 to HTG's Lopakka Declaration. *See* Doc. No. 84-11 (Lopakka Declaration, Ex. 11). BioSpyder does not dispute that Exhibit 11 to HTG's Lopakka Declaration describes products BioSpyder offers to its customers.

4. "BioSpyder admits that it receives samples and then 'assays the samples through multiplexed Tempo-Seq assays that measure transcriptomic changes for up to 20,000 – 21,000 protein coding genes directly on the cell lysates provided. Following sequencing, results including gene counts, QC metrics, and sequencing files are securely transferred to the EPA for analysis.' (Ex. 10 [to HTG's Lopakka Declaration, Doc. No. 84].)"

**BioSpyder's Response:** Undisputed.

5. "BioSpyder has used TempO-Seq, e.g., for a 'targeted whole transcriptome expression profiling assay.'" (See Ex. 2 [to HTG's Lopakka Declaration, Doc. No. 84].)"

**BioSpyder's Response:** Undisputed.

6. "BioSpyder 'admits that BioSpyder's CSO is listed as an inventor on the face of the '564 patent.' (ECF 18 at 4.)"

**BioSpyder's Response:** Undisputed.

7. "BioSpyder knew of the '564 patent when it filed a patent application in 2015, listing only one reference, the '564 patent, on an Information Disclosure Statement to the Patent Office. (*See* ECF 46-3 at 8.)"

**BioSpyder's Response:** Undisputed.

8. "BioSpyder provides instructions and support for its customers to use the BioSpyder TempO-Seq kits they purchase. (*See, e.g.*, Exs. 3, 4, 7 [to HTG's Lopakka Declaration, Doc. No. 84].) BioSpyder intends for its customers to use and follow such instructions."

**BioSpyder's Response:** Undisputed.

9.   "TempO-Seq products and kits do not have substantial non-infringing uses with respect to claim 1 of the '564 patent. (*See* Chelsky Decl. ¶¶ 59–61.)"

**BioSpyder's Response:** Disputed.  All uses of TempO-Seq products and kits are non-infringing with respect to claim 1 of the '564 patent.  *See* BioSpyder's Opposition and Cross Motion and supporting papers.

10.   "TempO-Seq is a 'product for targeted sequencing' as described in the TempO-Seq workflow on BioSpyder's website:

> BioSpyder Technologies has developed a novel product for targeted sequencing called TempO-Seq®, designed to monitor hundreds to thousands of genes at once in high throughput from as little as 10 pg of total RNA (the amount from a single cell) without pre-amplification, to maximize utilization of precious or limited samples.

(Ex. 4 [to HTG's Lopakka Declaration, Doc. No. 84], TempO-Seq Workflow website.)"

**BioSpyder's Response:** Undisputed.[1]

11.   "The TempO-Seq product uses 'RNA within the sample as input and generates a ready-to-sequence library as output.' (Ex. 3 [to HTG's Lopakka Declaration, Doc. No. 84], TempO-Seq User Guide at 8; *see also id.* at Fig. 1 (showing the final step as 'Sequence'), Fig. 2 (illustrating the method for 'TempO-Seq sequencing on an Illumina NGS [next generation sequencing] platform.').)"

**BioSpyder's Response:** Undisputed.

12.   "In using the TempO-Seq product '[t]he PCR products are pooled together into a sequencing library, which is then purified and run on an Illumina NGS [Next Generation Sequencer] to count the number of ligated detector oligo sequences per sample.' (*Id.* at 4.)"

**BioSpyder's Response:** Undisputed.

13.   "The upstream detector oligos in TempO-Seq hybridize specifically to a target RNA or DNA, as discussed in the TempO-Seq Assay User guide:

---

[1] HTG has organized paragraphs 10-47 of its Statement of Facts under headings setting forth the elements of claim 1 of U.S. Patent No. 8,741,564.  In its responses to paragraphs 10-47, any BioSpyder response that the factual assertion set forth in a paragraph is undisputed is not an admission that TempO-Seq embodies or practices the element of claim 1 reproduced in the header above that paragraph.

3

> ***Samples are annealed to a matched pair of detector oligos (DOs), with each pair targeting a single gene.*** The DO pool targets up to tens of thousands of RNA sequences, depending on the targeted gene content of the assay, but all share the same pair of primer binding sequences (indicated in Fig 1. by the red and yellow sections of each DO). The DOs hybridize to sequences of the targeted RNA molecule such that their respective 3' and 5'' ends are adjacent. Each UDO has an additional target-specific sequence at their 3' end that hybridizes to the targeted RNA.

(*Id.* at 4 (emphasis added).)"

**BioSpyder's Response:** Undisputed.

14. "'Detector Oligo Annealing'" as shown in Figure 1 of the TempO-Seq Assay User guide illustrates how contacting an upstream detector oligo (UDO) with a sample containing an RNA target nucleic acid molecule results in the UDO specifically binding to the RNA target nucleic acid molecule:"



Figure 1: TempO-Seq Biochemistry

**BioSpyder's Response:** Undisputed.

15. "The detector oligos hybridize, as described in the TempO-Seq User Guide by defining a 'Probe' as a 'Detector oligo pair that hybridizes to a region of RNA' and stating that 'The DOs hybridize to sequences of the targeted RNA molecule . . .' (Ex. 3 [to HTG's Lopakka Declaration, Doc. No. 84] at 4.)"

**BioSpyder's Response:** Undisputed, to the extent understood. BioSpyder does not

dispute that the detector oligos are generally capable of hybridizing, or that the

TempO-Seq User Guide defines a "Probe" as a "Detector oligo pair that hybridizes to a region of RNA" and states that "The DOs hybridize to sequences of the targeted RNA molecule …."

16. "The upstream detector oligos (UDOs) in TempO-Seq have a 5′-end and a 3′-end, as described in the TempO-Seq Assay User Guide:

> Samples are annealed to a matched pair of detector oligos (DOs), with each pair targeting a single gene. The DO pool targets up to tens of thousands of RNA sequences, depending on the targeted gene content of the assay, but all share the same pair of primer binding sequences (indicated in Fig 1. by the red and yellow sections of each DO). ***The DOs hybridize to sequences of the targeted RNA molecule such that their respective 3′ and 5′ ends are adjacent.*** Each UDO has an additional target-specific sequence at their 3′ end that hybridizes to the targeted RNA.

(*Id.* at 4.)"

**BioSpyder's Response:** Undisputed.

17. "BioSpyder has admitted that TempO-Seq detector oligos include a 5′-end and a 3′-end. (*See* Ex. 6 [to HTG's Lopakka Declaration, Doc. No. 84] at 10.)"

**BioSpyder's Response:** Undisputed.

18. "The upstream detector oligos (UDOs) in TempO-Seq have a sequence complementary to RNA targets, as described in the TempO-Seq Assay User Guide:

> ***The TempO-Seq assay utilizes a detector oligo (DO) pool specific to the RNA targets to be monitored.*** BioSpyder offers fixed content and custom DO pools to measure focused sets of transcripts, up to whole transcriptomes. The assay can utilize purified RNA, cell lysates, tissue lysates, or FFPE tissue lysates (FFPE kit available separately). In addition, both positive and negative control samples can be included.
>
> Samples are annealed to a matched pair of detector oligos (DOs), with each pair targeting a single gene. The DO pool targets up to tens of thousands of RNA sequences, depending on the targeted gene content of the assay, but all share the same pair of primer binding sequences (indicated in Fig 1. by the red and yellow sections of each DO). ***The DOs hybridize to sequences of the targeted RNA molecule such that their respective 3′ and 5′ ends are adjacent.*** Each UDO has an additional target-specific sequence at their 3' end that hybridizes to the targeted RNA.

(*See* Ex. 3 [to HTG's Lopakka Declaration, Doc. No. 84], TempO-Seq UG at 4; *see also* Ex. 7 [to HTG's Lopakka Declaration, Doc. No. 84], FFPE UG at 4.)"

**BioSpyder's Response:** Undisputed, to the extent understood.  BioSpyder does not dispute that the upstream detector oligos (UDOs) in TempO-Seq have sequences complementary to portions of an RNA target.  BioSpyder also does not dispute that this is described in the above-quoted passages from the TempO-Seq Assay User Guide.

19. BioSpyder's TempO-Seq Assay User Guide defines a target as an 'RNA sequence monitored by hybridizing to detector oligos.' (Ex. 3 [to HTG's Lopakka Declaration, Doc. No. 84] at 4.)"

**BioSpyder's Response:** Undisputed.

20. "A sequence in an upstream detector oligo (UDO) is 'complementary to a region of the target nucleic acid molecule, permitting specific binding between the [UDO] and the target nucleic acid molecule.' (*See, e.g., id.*)"

**BioSpyder's Response:** Undisputed.

21. "A sequence in a UDO that hybridizes and specifically binds to a target nucleic acid molecule is illustrated by the green line that is within the red box added to the below excerpt from Figure 1 of the TempO-Seq Assay User Guide:

(Ex. 3 [to HTG's Lopakka Declaration, Doc. No. 84], Figure 1.)"

**BioSpyder's Response:** Partially disputed.  The other green lines in this figure also specifically bind to the target nucleic acid molecule.  Doc. No. 84-3, at p. 5; Doc. No. 84-4, at pp. 4-5; Quackenbush Decl., ¶¶ 45, 49, 60, 62-63.

22. "TempO-Seq UDOs include UDOs with sequences such as those listed in BIOS00243914 (Ex. 12 [to HTG's Lopakka Declaration, Doc. No. 84]), which has the title ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"

**BioSpyder's Response:** Undisputed.

23. "The ▮▮▮▮▮▮▮▮▮▮▮ includes sequences such as those in the following table, which are for genes evaluated by BioSpyder with TempO-Seq as described in Exhibit 2 [to HTG's Lopakka Declaration, Doc. No. 84], Fig. 10. (Chelsky Decl. ¶ 53.)  The sequences in the table include ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ shown underlined in green below.  (*Id.*)"

6

|   |   |
|---|---|
| ■ | ■ |
| ■ | ■ |
| ■ | ■ |
| ■ | ■ |

**BioSpyder's Response:** Undisputed, to the extent understood.  BioSpyder does not dispute that "[t]he sequences in the table include a gene-specific sequence complementary to a target nucleic acid sequence found in the respective genes, shown underlined in green [above]."  The "anchor" region of a TempO-Seq UDO, which is the last 25 nucleotides in the three examples listed in the above table, as indicated in Ex. 12 to HTG's Lopakka Declaration, Doc. No. 84, and as discussed at Chelsky Decl. ¶ 53, is also a sequence complementary to a target nucleic acid sequence.  Doc. No. 84-3, at p. 5; Doc. No. 84-4, at pp. 4-5; Quackenbush Decl., ¶¶ 45, 49, 60, 62-63.

24.   "Upstream detector oligos (UDOs) used with the TempO-Seq product have a flanking sequence that is located 3′ to the sequence complementary to the target nucleic acid molecule. (Ex. 3 [to HTG's Lopakka Declaration, Doc. No. 84] at 4 ('The term 'up-stream' refers to its position closer to the 5' end of the mRNA.').)"

**BioSpyder's Response:** Disputed.  TempO-Seq's UDOs do not have the claimed "flanking sequence" as that term is used in the '564 patent claims and properly construed as a matter of law.  The UDO is internal to, not flanking, the regions of the oligonucleotide probes that hybridize to the target mRNA.  Doc. No. 84-3, at p. 5; Doc. No. 84-4, at pp. 4-5; Quackenbush Decl., ¶¶ 45, 47-50, 61-63.

25.   "The region of the upstream detector oligo (UDO) identified by the annotated red box below is located 3' to the sequence highlighted in ¶ 21:



(*Id.* at 5, Figure 1 (annotations added).).”

**BioSpyder's Response:** Undisputed, on the assumption that "the sequence highlighted in ¶21 means the sequence surrounded by the red box.

7

26. "In the illustration above in the preceding paragraph, the region of the upstream detector oligo (UDO) indicated by the annotated red box is adjacent to and flanking a sequence complementary to the target nucleic acid molecule."

**BioSpyder's Response:** Disputed.  TempO-Seq's UDOs do not have the claimed "flanking sequence" as that term is used in the '564 patent claims and properly construed as a matter of law.  The UDO is internal to, not flanking, the regions of the oligonucleotide probes that hybridize to the target mRNA.  Doc. No. 84-3, at p. 5; Doc. No. 84-4, at pp. 4-5; Quackenbush Decl., ¶¶ 45, 47-50, 61-63.

27. "The User Guide describes the yellow portion of the figure above in the figure above [*sic*], as a 'primer binding sequence.' (Ex. 3 [to HTG's Lopakka Declaration, Doc. No. 84] at 4 ("primer binding sequences (indicated in Fig 1. by the red and yellow sections of each DO)')."

**BioSpyder's Response:** Undisputed.

28. "The green segment of the boxed portion of the UDO illustrates that '[e]ach UDO has an additional target-specific sequence at their [*sic*] 3′ end that hybridizes to the targeted RNA.' (*Id.*)"

**BioSpyder's Response:** Undisputed.

29. "TempO-Seq includes an amplification primer that is complementary to a "loop sequence" as illustrated for the yellow portion below:



(Ex. 3 [to HTG's Lopakka Declaration, Doc. No. 84] Figure 1 (annotations added).)."

**BioSpyder's Response:** Undisputed.

30. "The upstream detector oligos (UDOs) in BioSpyder's TempO-Seq products each contain a ███████████████████████████████ ███████████ as indicated by the sequence in the red box added to the figure below:

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

(Ex. 8 [to HTG's Lopakka Declaration, Doc. No. 84] at 1; Chelsky Decl. ¶ 52.)

**BioSpyder's Response:** Undisputed.

31. "BioSpyder's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ produced at Bates No. BIOS00243914 with excerpts at Exhibit 12, shows the following sequences with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ shown underlined in orange below. (Chelsky Decl. ¶ 53.)"

[redacted table]

**BioSpyder's Response:** Undisputed.

32. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (*Id.* ¶ 55.)"

**BioSpyder's Response:** Undisputed.

33. "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as shown in the illustration and sequences above. (*Id.* ¶¶ 52–58.)"

**BioSpyder's Response:** Undisputed.

34. "The flanking sequence is complementary to at least a portion of an amplification primer (*Id.* ¶¶ 52–53), as further discussed below:

> The TempO-Seq biochemical approach and protocol steps are illustrated in Fig 1. The DOs each contain a 25-base sequence that hybridizes to the specific targeted RNA sequence (shown in green). ***All the DOs share the same primer landing sites (shown in red and yellow), so although the assay can consist of ~20K different DO pairs for 20K different genes, the amplification is single-plex with respect to the PCR primers because a single pair of "universal" primers (a single forward primer and a single reverse primer) amplify every ligated DO pair in the assay.*** Since the excess oligo removal depends on a 3' exonuclease, the upstream DO is protected by annealing an additional 25 nt sequence to the target RNA beyond the primer landing site. After annealing the DOs to the target RNA in the sample, subsequent reagents are added, diluting out the prior reagents to ensure enzyme activity (nuclease, ligase, polymerase) is not inhibited. Excess DOs are removed by digestion with a 3' exonuclease, followed by DO ligation to create an amplifiable template. Amplification is carried out with the universal PCR primers that contain a sample index sequence and the adapter for Illumina

>     instruments. The primers used for each sample have the same universal primer sequences, but a sample-specific index sequence (Fig 1, orange and purple), so that the amplified products contain sequence tags that distinguish the results in one sample from the results in every other sample. The primers used here were validated for pooling up to 384 samples, but this dual 9-mer indexing strategy permits pooling many thousands of samples in a library.

(Ex. 2 [to HTG's Lopakka Declaration, Doc. No. 84] at 5.)"

**BioSpyder's Response:** Disputed.  TempO-Seq does not feature the claimed "flanking sequence" as that term is used in the '564 patent claims and properly construed as a matter of law.  The UDO is internal to, not flanking, the regions of the oligonucleotide probes that hybridize to the target mRNA.  Doc. No. 84-3, at p. 5; Doc. No. 84-4, at pp. 4-5; Quackenbush Decl., ¶¶ 45, 47-50, 61-63.

35.  "A portion of the RNA target nucleic acid molecule illustrated below in the annotations to Figure 1 of the TempO-Seq Assay User Guide is complementary to a portion of the UDO, so that it will specifically bind to part of the flanking sequence:"



**BioSpyder's Response:** Partially disputed.  BioSpyder disputes that TempO-Seq's UDOs have the claimed "flanking sequence" as that term is used in the '564 patent claims and properly construed as a matter of law.  The UDO is internal to, not flanking, the regions of the oligonucleotide probes that hybridize to the target mRNA.  Doc. No. 84-3, at p. 5; Doc. No. 84-4, at pp. 4-5; Quackenbush Decl., ¶¶ 45, 47-50, 61-63.  BioSpyder does not dispute that "[a] portion of the RNA target nucleic acid molecule illustrated [above] in the annotations to Figure 1 of the TempO-Seq Assay User Guide is complementary to a portion of the UDO."

36.  "The portion of the UDO that this sequence is complementary to is further described in the TempO-Seq Assay User Guide as follows:

>     Samples are annealed to a matched pair of detector oligos (DOs), with each pair targeting a single gene. The DO pool

      targets up to tens of thousands of RNA sequences, depending on the targeted gene content of the assay, but all share the same pair of primer binding sequences (indicated in Fig 1. by the red and yellow sections of each DO). The DOs hybridize to sequences of the targeted RNA molecule such that their respective 3' and 5' ends are adjacent. ***Each UDO has an additional target-specific sequence at their 3' end that hybridizes to the targeted RNA.***

(Ex. 3 [to HTG's Lopakka Declaration, Doc. No. 84] at 4; *see also* Ex. 2 [to HTG's Lopakka Declaration, Doc. No. 84] at 5 ('Since the excess oligo removal depends on a 3′ exonuclease, the UDO is protected by annealing an additional 25 nt sequence to the target RNA beyond the primer landing site.').)"

**BioSpyder's Response:** Undisputed.

37. "  is found in each UDO, ████████████████, as shown underlined in green below. (Chelsky Decl. ¶ 53)"



**BioSpyder's Response:** Partially disputed. BioSpyder does not dispute that its UDOs all contain a "second gene-specific sequence," also referred to above as an "anchor," which is specific to the RNA target, and that three examples of such a sequence are underlined in green in the above table. BioSpyder disputes that "each UDO" contains one of these three particular anchor sequences. *See* HTG's Lopakka Declaration, Doc. No. 84, Ex. 12 (table listing sequences for the three above-referenced UDOs including anchor sequences, and ten other UDOs with other anchor sequences).

38.     "TempO-Seq uses a nuclease to remove unbound nucleic acid molecules, which is shown in figure 1 of the TempO-Seq Assay User Guide as 'excess oligo removal.'

[Figure: TempO-Seq assay workflow diagram showing Purified RNA or Lysates → Detector Oligo Annealing → Excess Oligo Removal (boxed in red) → Detector Oligo Ligation → PCR with Tagged Primers (Sample Tag 1, Sample Tag 2) → Pool Library, Concentrate/Purify → Sequence]

(*See* Ex. 3 [to HTG's Lopakka Declaration, Doc. No. 84], Fig. 1 (annotations added).)"

**BioSpyder's Response:** Undisputed.

39.     "The TempO-Seq product uses a 3′ exonuclease, which is specific for single-stranded nucleic acid molecules, to remove excess detector oligos, as discussed in BioSpyder's publications:

> The TempO-Seq biochemical approach and protocol steps are illustrated in Fig 1. The DOs each contain a 25-base sequence that hybridizes to the specific targeted RNA sequence (shown in green). All the DOs share the same primer landing sites (shown in red and yellow), so although the assay can consist of ~20K different DO pairs for 20K different genes, the amplification is single-plex with respect to the PCR primers because a single pair of "universal" primers (a single forward primer and a single reverse primer) amplify every ligated DO pair in the assay. ***Since the excess oligo removal depends on a exonuclease, the upstream DO is protected by annealing an additional 25 nt sequence to the target RNA beyond the primer landing site. After annealing the DOs to the target RNA in the sample, subsequent reagents are added, diluting out the prior reagents to ensure enzyme activity (nuclease, ligase, polymerase) is not inhibited. Excess DOs are removed by digestion with a 3' exonuclease***, followed by DO ligation to create an amplifiable template. Amplification is carried out with the universal PCR primers that contain a sample index sequence and the adapter for Illumina instruments. The primers used for each sample have the same universal primer sequences, but a sample-specific index sequence (Fig 1, orange and purple), so that the amplified products contain sequence tags that distinguish the results in one sample from the results in every other sample. The primers used here were validated for pooling up to 384 samples, but this dual 9-mer indexing

> strategy permits pooling many thousands of samples in a library.

(Ex. 2 [to HTG's Lopakka Declaration, Doc. No. 84] at 5; *see generally* Chelsky Decl. ¶¶ 34-36.)"

**BioSpyder's Response:** Partially disputed.  BioSpyder disputes that TempO-Seq uses the claimed "nuclease specific for single-stranded nucleic acid molecules." Doc. 84-3, at p. 5; Quackenbush Decl., ¶¶ 36-40, 64-65.  BioSpyder does not dispute that TempO-Seq uses a 3′ exonuclease to remove excess detector oligos, and that this is discussed in BioSpyder's publications, such as the quoted example.

40. "The TempO-Seq product requires amplifying detector oligos with amplification primers as illustrated in the TempO-Seq User Guide as shown below."



**BioSpyder's Response:** Undisputed.

41. "The TempO-Seq product amplifies detector oligos and UDOs with amplification primers, e.g., as described below:

> After DO annealing, excess oligos and mis-hybridized or weakly hybridized DOs are removed by nuclease digestion, and the annealed oligos are ligated to form amplifiable templates. ***The ligated DOs are amplified with one pair of primers*** (making each PCR reaction single-plex regardless of the number of genes measured), with a different combination of sample index/tag sequences assigned to each sample. The PCR products are pooled together into a sequencing library, which is then purified and run on an Illumina NGS to count the number of ligated detector oligo sequences per sample (ThermoFisher-compatible kit under development). Because TempO-Seq includes an end-point PCR reaction, quantitation of the amplified products before library pooling is not needed.

13

> Very low concentration and negative control samples are expected to show low reads in the sequencing data.

(Ex. 3 [to HTG's Lopakka Declaration, Doc. No. 84] at 4; *see also* Ex. 7 [to HTG's Lopakka Declaration, Doc. No. 84] at 4; Ex. 2 [to HTG's Lopakka Declaration, Doc. No. 84] at 5 ('Amplification is carried out with the universal PCR primers that contain a sample index sequence and the adapter for Illumina instruments.').)"

**BioSpyder's Response:** Undisputed.

42.   "The amplification step of TempO-Seq results in amplification products, which are also known as "amplicons," as described in BioSpyder's publications:

> The TempO-Seq biochemical approach and protocol steps are illustrated in Fig 1. The DOs each contain a 25-base sequence that hybridizes to the specific targeted RNA sequence (shown in green). All the DOs share the same primer landing sites (shown in red and yellow), so although the assay can consist of ~20K different DO pairs for 20K different genes, the amplification is single-plex with respect to the PCR primers because a single pair of "universal" primers (a single forward primer and a single reverse primer) amplify every ligated DO pair in the assay. Since the excess oligo removal depends on a 3' exonuclease, the upstream DO is protected by annealing an additional 25 nt sequence to the target RNA beyond the primer landing site. After annealing the DOs to the target RNA in the sample, subsequent reagents are added, diluting out the prior reagents to ensure enzyme activity (nuclease, ligase, polymerase) is not inhibited. Excess DOs are removed by digestion with a 3' exonuclease, followed by DO ligation to create an amplifiable template. ***Amplification is carried out with the universal PCR primers that contain a sample index sequence and the adapter for Illumina instruments.*** The primers used for each sample have the same universal primer sequences, but a sample-specific index sequence (Fig 1, orange and purple), so that the amplified products contain sequence tags that distinguish the results in one sample from the results in every other sample. The primers used here were validated for pooling up to 384 samples, but this dual 9-mer indexing strategy permits pooling many thousands of samples in a library.

(Ex. 2 [to HTG's Lopakka Declaration, Doc. No. 84] at 5; *see generally* Chelsky Decl. ¶ 43.)

**BioSpyder's Response:** Undisputed.

43.   "The TempO-Seq Assay User Guide also includes a detailed protocol titled "Amplification," detailing specific reagents and amounts, along with the temperatures that will promote efficient amplification of the Dos [*sic*], which include UDOs. (Ex. 3 [to HTG's Lopakka Declaration, Doc. No. 84] at 13–14.)"

**BioSpyder's Response:** Undisputed.

14

44. "BioSpyder admits that TempO-Seq 'includes sequencing of amplicons of two ligated Detector Oligos.' (Ex. 6 [to HTG's Lopakka Declaration, Doc. No. 84] at 53.)"

**BioSpyder's Response:** Undisputed.

45. "Performing the TempO-Seq Assay includes sequencing amplification products, as described in the TempO-Seq User Guide, to determine the relative number of how many specific target sequences are present in the sample:

> After DO annealing, excess oligos and mis-hybridized or weakly hybridized DOs are removed by nuclease digestion, and the annealed oligos are ligated to form amplifiable templates. The ligated DOs are amplified with one pair of primers (making each PCR reaction single-plex regardless of the number of genes measured), with a different combination of sample index/tag sequences assigned to each sample. **The PCR products are pooled together into a sequencing library, which is then purified and run on an Illumina NGS [Next-Generation Sequencing] to count the number of ligated detector oligo sequences per sample** (ThermoFisher-compatible kit under development). Because TempO-Seq includes an end-point PCR reaction, quantitation of the amplified products before library pooling is not needed. Very low concentration and negative control samples are expected to show low reads in the sequencing data.

(Ex. 3 [to HTG's Lopakka Declaration, Doc. No. 84], at 4.)"

**BioSpyder's Response:** Undisputed.

46. "The TempO-Seq produce [*sic*] includes a sequencing step as illustrated in BioSpyder's TempO-Seq User Guide and in BioSpyder's publication describing TempO-Seq, as shown below:



(Ex. 3 [to HTG's Lopakka Declaration, Doc. No. 84], Fig. 1; Ex. 2 [to HTG's Lopakka Declaration, Doc. No. 84], Fig. 1 (highlight added.)"

**BioSpyder's Response:** Undisputed

47. "The 'ligated probe sequence is derived from a 50-base read' of sequencing (Ex. 3 at 5), which is illustrated below:



(Ex. 3 [to HTG's Lopakka Declaration, Doc. No. 84], Fig. 2.)

**BioSpyder's Response:** Undisputed

48. "The figure above shows that in "Read 1" the region complementary to the target is sequenced, which determines the sequence of the target as its complement. (Ex. 3 [to HTG's Lopakka Declaration, Doc. No. 84] at 5.)"

**BioSpyder's Response:** Undisputed

II. **BioSpyder's Statement of Facts in Support of Motion for Summary Judgment of Non-Infringement**

The following section sets forth the material facts on which BioSpyder relies in support of its Motion for Summary Judgment of Non-Infringement. *See* LRCiv 56.1(a). BioSpyder is not including background facts that are unnecessary to ruling on the motion, or matters that go to the legal question of claim construction (such as the contents of the patent-in-suit and its prosecution history).

49. The TempO-Seq assay does not contact a sample with a nucleic acid molecule comprising a sequence complementary to a flanking sequence. There is no nucleic acid molecule separate from the target that binds to a sequence that flanks a nuclease protection probe sequence. Doc. No. 84-3, at p. 5; Doc. No. 84-4, at pp. 4-5; Quackenbush Decl., ¶¶ 45-57; *see also* HTG Statement of Fact ¶¶ 19-29, above.

50. In the TempO-Seq assay, the portion of the target sequence that HTG asserts is a "CFS" is complementary to only a portion of the nucleic acid that HTG asserts is the "flanking sequence." HTG Statement of Fact ¶ 35, above.

51. The TempO-Seq assay provides an amplification primer in the middle its nuclease protection probe, which remains a single-stranded "loop" when the probe binds to the target. Doc. No. 84-3, at p. 5; Doc. No. 84-4, at pp. 4-5; Quackenbush Decl., ¶¶ 45, 47-50, 61-63; s*ee also* HTG Statement of Fact ¶ 27, above.

52. An amplification primer in the middle of a nucleic acid sequence does not "flank" that sequence, as the term "flanking sequence" is properly construed in the '564 patent. Quackenbush Decl., ¶¶ 58-63.

53. The TempO-Seq assay uses a 3' exonuclease, which digests single-stranded nucleic acids only from a free 3' end. This 3' exonuclease does not digest single-stranded nucleic acids from a free 5' end, or single-stranded nucleic acids that form a loop between two double-stranded regions. Doc. No. 84-3, at p. 5; Quackenbush Decl., ¶¶ 36-40, 64-65; *see also* HTG Statement of Fact ¶ 39, above.]

54. The 3' exonuclease used in the TempO-Seq assay is not a "nuclease specific for single-stranded nucleic acid molecules" as that term is properly construed in the '564 patent. Quackenbush Decl., ¶¶ 36-40, 64-65.


Dated this 6th day of August, 2021

Respectfully submitted,

By: */s/ Karen I. Boyd*
Karen I. Boyd (*Pro hac vice*)
boyd@turnerboyd.com
Jacob Zweig (*Pro hac vice*)
zweig@turnerboyd.com
TURNER BOYD
702 Marshall Street, Suite 640

17

Redwood City, California 94063

Tim Horton (*Pro hac vice*)
timhorton@timhortonlaw.com
LAW OFFICE OF TIMOTHY A. HORTON
600 Broadway, Suite 700
San Diego, California 92101

Roscoe J. Mutz (#030696)
rmutz@farhangmedcoff.com
FARHANG & MEDCOFF PLLC
100 South Church Avenue, Suite 100
Tucson, AZ 85701

*Attorneys for Plaintiff/Counterclaim-defendants*