# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BioSpyder Technologies Incorporated, | No. CV-21-00034-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| HTG Molecular Diagnostics Incorporated, | |
| Defendant. | |

Pending before the Court is the parties' Joint Motion for Modification of Case Schedule. (Doc. 177.) Having considered the Joint Motion, and good cause appearing, **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED**. (Doc. 177.) The deadlines outlined in the Court's Scheduling Order are modified as follows:

(1) All fact discovery, including answers to interrogatories, production of documents, depositions, and requests for admissions, must be completed by 30 days after the later of the date of the Court's decision on the pending cross motions for summary judgment or the date of the Court's decision on any motion brought by Defendant HTG related to any new claims or defenses within the time allowed to respond to Counterclaim-Defendants' March 3, 2022 pleading. The later of these dates will be referred to as the "triggering event."

(2) The Parties shall disclose the names of their expert witnesses, opening expert reports, and any supporting documentation to be used at trial pursuant to the provisions of Rule 26(a)(2) and (3) of the Federal Rules, on or before 60 days after

the triggering event.

(3) Both Parties shall disclose rebuttal experts on or before 90 days after the triggering event.

(4) All expert discovery must be completed by 120 days after the triggering event.

(5) Dispositive motions shall be filed on or before 150 days after the triggering event. Daubert motions shall be filed on or before 150 days after the triggering event. Pursuant to LRCiv 7.2, counsel may file a motion, response, and reply. No other (supplemental) pleading will be considered, unless a motion to file said pleading is granted by the Court. All pleadings submitted for the Court's review and decision must comply with the filing, time, and form requirements of the Local Rules. See LRCiv 12.1; 56.1. Additionally, any pleading which is submitted with more than one exhibit must be accompanied by a Table of Contents. Exhibits must be indexed with tabs that correspond with the Table of Contents. Absent exigent circumstances, the Court will not consider pleadings which do not conform to these requirements.

(6) Motions in limine shall be filed no later than 180 days after the triggering event. Responses to motions in limine are due ten days after the motion in limine is filed. No replies are permitted. Any hearing on motions in limine will be set at the Pretrial Conference.

(7) Counsel shall file a proposed Joint Pretrial Order on or before 195 days after the triggering event, unless dispositive motions are filed. If dispositive motions are filed, the Joint Pretrial Order shall be filed 30 days from the filing date of the Court's order on the dispositive motions.

///

///

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The parties have also requested a telephonic status conference on May 17, 2022, subject to the Court's availability. The parties are directed to file a Joint Settlement Status Report on or before **May 10, 2022** and **every 90 days thereafter**. The Court will then make a determination as to whether a telephonic status conference is necessary.

Dated this 4th day of March, 2022.

Honorable Raner C. Collins
Senior United States District Judge