**Rusing Lopez & Lizardi, P.L.L.C.**
Patricia V. Waterkotte, AZ Bar No. 029231
pwaterkotte@rllaz.com
Alexander P. Valentine, AZ Bar No. 034902
avalentine@rllaz.com
6363 North Swan Road, Ste. 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

**Klarquist Sparkman, LLP**
Scott E. Davis, *pro hac vice*
scott.davis@klarquist.com
Ryan L. Frei, *pro hac vice*
ryan.frei@klarquist.com
121 SW Salmon Street, Ste. 1600
Portland, OR 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301
*Attorneys for Defendant/Counterclaimant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BioSpyder Technologies, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HTG Molecular Diagnostics, Inc., a Delaware corporation,<br><br>Defendant and Counterclaim-plaintiff,<br><br>v.<br><br>BioSpyder Technologies, Inc., a Delaware corporation; Bruce Seligmann, an | Case No. CV-21-34-TUC-RCC<br><br>**STIPULATED NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

individual; Mitseljung Discovery And Diagnostics, LLC, an Arizona Corporation; and CellSensus, Inc., a Delaware corporation,

        Counterclaim-defendants.

### DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and subject to the parties' confidential settlement agreement, all parties by and through their respective undersigned counsel jointly stipulate to dismiss all pending claims and counterclaims in this matter.

Now therefor, pursuant to the parties' agreement and stipulation:

1. All pending claims and counterclaims are dismissed with prejudice.
2. Each party shall bear its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

Dated: November 22, 2022.

        So agreed and respectfully submitted,

By:  *s/* Karen Boyd
Karen Boyd
boyd@turnerboyd.com
Jacob S Zweig
zweig@turnerboyd.com
Cyndi Claxton
claxton@turnerboyd.com
**Turner Boyd LLP**
702 Marshall Road, Suite 640
Redwood City, CA 94063

Timothy A. Horton
timhorton@timhortonlaw.com
**Law Office of Timothy A. Horton**
600 Broadway Suite 700

1

San Diego, CA 92101

Roscoe J. Mutz
rmutz@farhangmedcoff.com
Robert A. Bernheim
rbernheim@farhangmedcoff.com
**Farhang & Medcoff**
100 South Church Avenue, Suite 100
Tucson, Arizona 85701

*Attorneys for Plaintiff/Counterclaim Defendants*

By:   *s/* Scott E. Davis
Scott E. Davis, *pro hac vice*
scott.davis@klarquist.com
Ryan L. Frei, *pro hac vice*
ryan.frei@klarquist.com
**Klarquist Sparkman, LLP**
121 SW Salmon Street, Suite 1600
Portland, Oregon 97204

Patricia V. Waterkotte, AZ Bar No. 029231
pwaterkotte@rllaz.com
Alexander P. Valentine, AZ Bar No. 034902
avalentine@rllaz.com
**Rusing Lopez & Lizardi, P.L.L.C.**
6363 North Swan Road, Ste. 151
Tucson, Arizona 85718

*Attorneys for Defendant/Counterclaimant*

2