# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BioSpyder Technologies Incorporated, | No. CV-21-00034-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| HTG Molecular Diagnostics Incorporated, | |
| Defendant. | |

Pending before the Court is the parties' Stipulated Notice of Dismissal. (Doc. 254.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and subject to the parties' confidential settlement agreement, all parties stipulate to dismiss all pending claims and counterclaims in this matter. Having reviewed the stipulation, and good cause appearing,

**IT IS ORDERED** that the Stipulated Notice of Dismissal is **GRANTED**. (Doc. 254.) All pending claims and counterclaims are **DISMISSED WITH PREJUDICE** with each party to bear its own costs, attorneys' fees, and all other expenses incurred in connection with this action. The Clerk of Court shall docket accordingly.

Dated this 28th day of November, 2022.

Honorable Raner C. Collins
Senior United States District Judge